LOW v. YETT. (No. 5956.) (Court of Civil Appeals of Texas. Austin. Oct. 16, 1918.) Appeal from Burnet County Court; J. R. Smith, Judge. Suit by Theodor Low against J. R. Yett. Judgment for defendant, and plaintiff appeals. Reversed and rendered. Hart & Patterson, of Austin, for appellant. Faulk & Monroe, of Austin, for appellee.

RICE, J. The nature and result of the suit is substantially stated in appellant's brief, and we copy therefrom as follows: "This suit was brought in the county court of Burnet county

by appellant, Theodor Low, against appellee, J. R. Yett, upon a promissory note given by Yett to W. D. Villines on August 17, 1916, for the sum of $200, due six months after date, bearing 10 per cent. interest from maturity, and providing for 10 per cent. attorney's fees. Plaintiff alleged that he purchased said note in due course of trade before maturity for a valuable consideration, and asked judgment for the amount of the note and 10 per cent. attorney's fee. Defendant answered by general demurrer and denial, and pleaded that the note was given by him to W. D. Villines for 9 shares of the capital stock of the Travis Oil Company; that defendant was caused to purchase said stock and give the note therefor by reason of 'certain fraudulent and untruthful representations made by the said Villines'; that said stock was worthless prior to and at the time the note was given, and subsequent thereto; that Villines knew that said stock had no real intrinsic value; that plaintiff was a stockholder in said oil company, and knew the value of said stock; that plaintiff did not obtain the note in due course of trade, for value, before maturity, and without notice. Plaintiff answered defendant's answer by supplemental petition, in which he specially excepted and pleaded that he purchased the note in due course of trade before maturity for a valuable consideration, and without notice." The case was tried before the court and judgment rendered for defendant, from which plaintiff prosecutes this appeal. The court adopted as its findings of fact the statement of facts filed and agreed to by the attorneys for both parties, and approved by the court, and concluded therefrom as a matter of law that the plaintiff did not pay a valuable consideration for the note, and that the stock for which he gave the note was without intrinsic value. This judgment is assailed on the ground that the undisputed facts in evidence show that plaintiff gave a valuable consideration for the note, and that he did not have notice of any fact or circumstance, or of any equity or agreement between Yett and Villines, affecting the validity of the note sued on. This assignment is sustained by the uncontradicted evidence, for which reason the judgment of the court below is reversed, and here rendered for appellant. Reversed and rendered.

---

BECK v. STATE. (Supreme Court of Arkansas. Nov. 18, 1918.) Appeal from Circuit Court, Logan County, Southern District; James Cochran, Judge.

PER CURIAM. Appeal dismissed on appellant's motion.

---

CHICAGO, R. I. & P. RY. CO. v. WHITE. (Supreme Court of Arkansas. Oct. 21, 1918.) Appeal from Circuit Court, Prairie County, Northern District; Thomas C. Trimble, Judge.

PER CURIAM. Settled, and appeal dismissed, on appellant's motion.

---

COMBS v. STATE. (Supreme Court of Arkansas. Sept. 16, 1918.) Appeal from Circuit Court, Green County, Second Division; W. J. Driver, Judge.

PER CURIAM. Appeals dismissed on motion of the Attorney General.

---

DOWNEY v. JOHNSON, Judge. (Supreme Court of Arkansas. Oct. 7, 1918.) Prohibition to Circuit Court, Cross County.

PER CURIAM. Petition denied.

---

EVANS et al. v. RAGSDALE et al. (Supreme Court of Arkansas. Oct. 14, 1918.) Appeal from Van Buren Chancery Court; B. F. McMahan, Chancellor.

PER CURIAM. Appeal dismissed for noncompliance with rule 9.

---

GAINER & GARVEY v. CAUDELL. (Supreme Court of Arkansas. June 17, 1918.) Appeal from Circuit Court, Cross County; W. J. Driver, Judge.

PER CURIAM. Affirmed, on appellee's motion, for noncompliance with rule 9.

---

HARTSELL et al. v. LONGINO. (Supreme Court of Arkansas. June 24, 1918.) Appeal from Columbia Chancery Court; J. M. Barker, Chancellor.

PER CURIAM. Appeal dismissed on appellant's motion.

---

HOPE et al. v. McELROY et al. (Supreme Court of Arkansas. June 3, 1918.) Appeal from Circuit Court, Yell County, Dardanelle District; A. B. Priddy, Judge.

PER CURIAM. Settled, and appeal dismissed, on appellants' motion.

---

HOPPER v. STATE. (Supreme Court of Arkansas. Oct. 28, 1918.) Appeal from Circuit Court, Jefferson County; W. B. Sorrell, Judge.

PER CURIAM. Appeal dismissed for failure to lodge transcript in Supreme Court within the time limited by law.

---

JETER v. STATE. (Supreme Court of Arkansas. Oct. 7, 1918.) Appeal from Circuit Court, Johnson County; A. B. Priddy, Judge.

PER CURIAM. Affirmed orally, it appearing that the bill of exceptions was not filed within the time limited by the trial court, and no error appearing in the face of the record.

---

LITTLE ROCK RY. & ELECTRIC CO. v. BECKER. (Supreme Court of Arkansas. Dec. 2, 1918.) Appeal from Circuit Court, Pulaski County, Second Division; Guy Fulk, Judge.

PER CURIAM. Settled, and appeal dismissed, on appellant's motion.

---

NEWBERGER COTTON CO. v. MURTA GIN CO. (Supreme Court of Arkansas. Dec. 2, 1918.) Appeal from Circuit Court, Lawrence County, Eastern District; Dene H. Coleman, Judge.

PER CURIAM. Appeal dismissed on appellant's motion.

---

POLK v. UNITED STATES FIDELITY & GUARANTY CO. TAYLOR v. LANGDON. (Supreme Court of Arkansas. Sept. 23, 1918.) Appeal from Clay Chancery Court, Western District; Archer Wheatley, Chancellor.

PER CURIAM. Appeals dismissed by agreement.

---

RICE BELT TELEPHONE CO. v. MALCOMB. (Supreme Court of Arkansas. Oct. 21, 1918.) Appeal from Circuit Court, Arkansas County; Thomas C. Trimble, Judge.